IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ROSATI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SGT. MICHAEL COLELLO, et al. | : | NO. 14-2402 |

ORDER

AND NOW, this 2nd day of April, 2015, upon consideration of the defendants' motion for summary judgment (docket entry #18) and plaintiff's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day in this case, it is hereby ORDERED that:

1. Defendants' motion for summary judgment (docket entry #18) is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.